IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL RASHAD GLOVER, #240049, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:09-cv-0670-MEF |
| J. C. GILES, *et al.*, | ) |
| Respondents. | ) |

# **O R D E R**

On September 14, 2011, the Magistrate Judge filed a Recommendation (Doc. #23) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas relief filed by Samuel Rashad Glover is DENIED as it was not filed within the one-year period of limitation mandated by 28 U.S.C. § 2244(d)(1)

3. This case is DISMISSED with prejudice.

DONE this the 12th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE